**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  HARDESTY, DAVID J.                §    Case No. 14-42906
                                          §
                                          §
                                          §
                    Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/28/2014. The undersigned trustee was appointed on 11/28/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                    $         39,233.97

                    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,027.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 38,206.17 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/12/2015 and the deadline for filing governmental claims was 05/27/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,880.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,880.61, for a total compensation of $2,880.61[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/03/2017                          By: /s/ Michael Desmond
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**    14-42906

**Case Name:**    HARDESTY, DAVID J.

**For Period Ending:**    04/03/2017

**Trustee Name:**    (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   11/28/2014 (f)

**§ 341(a) Meeting Date:**   01/15/2015

**Claims Bar Date:**   11/12/2015

| Ref. #<br>1 | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | IUTMA savings account for daughter's | 100.00 | 0.00 | | 0.00 | FA |
| 2 | IUTMA savings account for daughter's college | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Personal checking account with Chase Bank | 400.00 | 400.00 | | 0.00 | FA |
| 4 | bank account with PNC Bank (frozen account) | 558.06 | 558.06 | | 0.00 | FA |
| 5 | Security deposit for apartment | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Bed, dresser, lap top, sofa, table, etc. | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Regular shoes and clothes | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Based life insurance | 196,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:    14-42906

Case Name:    HARDESTY, DAVID J.

For Period Ending:    04/03/2017

Trustee Name:    (330623) Michael Desmond

Date Filed (f) or Converted (c):    11/28/2014 (f)

§ 341(a) Meeting Date:    01/15/2015

Claims Bar Date:    11/12/2015

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 9 | Persuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the settlement provides in Article V11 all remaining annuity payments shall be used for the benefit of the children. "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply all remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." The first structured payment subject to case 2008 D 000388 was scheduled for payment of $25,000.00 on 04/24/2013 and was set up in two seperate accounts thru Edward Jones as 529 plans and titled David J. Hardesty owner FBO Emma Hardesty and FBO Grace Hardesty. | 12,336.04 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:   14-42906

Case Name:   HARDESTY, DAVID J.

For Period Ending:      04/03/2017

Trustee Name:      (330623) Michael Desmond

Date Filed (f) or Converted (c):  11/28/2014 (f)

§ 341(a) Meeting Date:   01/15/2015

Claims Bar Date:  11/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Pursuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the settlement provides in Article V11 all remaining annuity payments shall be used for the benefit of the children. "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply all remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." The first structured payment subject to case 2008 D 000388 was scheduled for payment of $25,000.00 on 04/24/2013 and was set up in two seperate accounts thru Edward Jones as 529 plans and titled David J. Hardesty owner FBO Emma Hardesty and FBO Grace Hardesty. | 12,336.04 | 0.00 | | 0.00 | FA |
| 11 | IRA at Edward Jones | 6,394.95 | 0.00 | | 0.00 | FA |
| 12 | 401K with Deluxe Corp. | 3,244.32 | 0.00 | | 0.00 | FA |
| 13 | 2005 Ford Ranger with 62,000 miles | 7,000.00 | 600.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 4

Case No.:   14-42906

Case Name:   HARDESTY, DAVID J.

For Period Ending:   04/03/2017

Trustee Name:   (330623) Michael Desmond

Date Filed (f) or Converted (c):   11/28/2014 (f)

§ 341(a) Meeting Date:   01/15/2015

Claims Bar Date:   11/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Settlement Agreement And Release entered on July 3rd 2002 with guaranteed periodic payments begining on 4/24/2008 with two remaining payments on 4/24/18 of 36, 000 and 51,985.00 on 04/24/2023 to David Hardesty and his attorney Robert W. Smith. The attorney is paid in full. The total remaining unpaid balance is $87,985.00. Persuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the marital property settlement agreement created a FIDUCIARY DUTY upon the debtor which, provides in Article V11 of said settlement agreement that all remaining annuity payments" shall be used for the benefit of the children." "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply any remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." | 87,985.00 | 0.00 | | 0.00 | FA |
| 15 | interest in insurance proceeds from knights of columbus from the death of his stepfather Richard J. Ryan. Claim amount 36,758.43 less federal income tax holding of 1019.28 and state income tax of 339.76 leaves a check issued to stepson David J. Hardesty of 35,436.15 on 04/22/15 (u) | 35,436.15 | 0.00 | | 35,436.15 | FA |
| 16 | INTERESTS IN INSURANCE POLICIES (u) | 3,797.82 | 0.00 | | 3,797.82 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   14-42906

**Case Name:**   HARDESTY, DAVID J.

**For Period Ending:**   04/03/2017

**Trustee Name:**   (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   11/28/2014 (f)

**§ 341(a) Meeting Date:**   01/15/2015

**Claims Bar Date:**   11/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|---|---|
| 16 | Assets | Totals | (Excluding unknown values) | $366,538.38 | $2,058.06 | | $39,233.97 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee reviewing claims, preparing final fee application and final report.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016

**Current Projected Date Of Final Report (TFR):**   03/17/2017 (Actual)

04/03/2017

Date

/s/Michael Desmond

Michael Desmond

Exhibit B

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-42906 | | | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | HARDESTY, DAVID J. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***9530 | | | **Account #:** | ******3000 Checking | |
| **For Period Ending:** | 04/03/2017 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/2015 | | James M Allen & Associates | Turnover of Inheritance proceeds per Court Order dated 8/7/2015 Dkt No. 62. | 1229-000 | 39,233.97 | | 39,233.97 |
| | {16} | | LIfe Ins Proceeds $3,797.82 | 1229-000 | | | 39,233.97 |
| | {15} | | LIfe Ins. Proceeds $35,436.15 | 1229-000 | | | 39,233.97 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 39,223.97 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.18 | 39,163.79 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.33 | 39,107.46 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.37 | 39,053.09 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.79 | 38,991.30 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.06 | 38,937.24 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.98 | 38,883.26 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.35 | 38,821.91 |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page:  2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-42906 | | | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | HARDESTY, DAVID J. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***9530 | | | **Account #:** | ******3000 Checking | |
| **For Period Ending:** | 04/03/2017 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.82 | 38,768.09 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.75 | 38,714.34 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.09 | 38,653.25 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.59 | 38,599.66 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.90 | 38,538.76 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.28 | 38,483.48 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.36 | 38,430.12 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.80 | 38,371.32 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.03 | 38,316.29 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.77 | 38,257.52 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.35 | 38,206.17 |

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit B
Page:  3

| | | |
|---|---|---|
| **Case No.:** | 14-42906 | |
| **Case Name:** | HARDESTY, DAVID J. | |
| **Taxpayer ID #:** | **-***9530 | |
| **For Period Ending:** | 04/03/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Michael Desmond (330623) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******3000 Checking | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 39,233.97 | 1,027.80 | $38,206.17 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 39,233.97 | 1,027.80 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$39,233.97** | **$1,027.80** | |

**Form 2**

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-42906 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | HARDESTY, DAVID J. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9530 | **Account #:** | ******3000 Checking |
| **For Period Ending:** | 04/03/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3000 Checking | $39,233.97 | $1,027.80 | $38,206.17 |
| | **$39,233.97** | **$1,027.80** | **$38,206.17** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case:** 14-42906    **DAVID J. HARDESTY**

Claims Bar Date: 11/12/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Michael Desmond 10 South LaSalle Chicago, IL 60603 <2100-000 Trustee Compensation> , 200 | Administrative 03/17/17 | | $2,880.61 $2,880.61 | $0.00 | $2,880.61 |
| | Figliulo & Silverman, P.C. 10 S. LaSalle St. Suite 3600 Chicago, IL 60603 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 Chapter 7 Attorney's Fees and costs. | Administrative 03/17/17 | | $14,437.50 $14,437.50 | $0.00 | $14,437.50 |
| | Emma Hardesty c/o Julie M. Hardesty 194 Amherst Drive Bartlett, IL 60103 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 02/26/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Grace Hardesty c/o Julie M.Hardesty 194 Amhurst Drive Bartlett, IL 60103 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 02/26/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1 | IL Dept of Healthcare and Family Services/MRU, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Amended Claim | Priority 10/19/15 | | $6,852.62 $0.00 | $0.00 | $0.00 |
| 1-2 | IL Dept of Healthcare and Family Services/MRU, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Amended Claim | Priority 10/19/15 | | $3,754.42 $0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

**Case: 14-42906**                    **DAVID J. HARDESTY**

Claims Bar Date: 11/12/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPL US | HARDESTY, DAVID J. 511 Gale St. ELGIN, IL 60123 <8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)> , 650 | Unsecured 04/03/17 | | $0.00 $17,927.83 | $0.00 | $17,927.83 |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Chase Bank USA NA in c/o Michael D Fine 131 S. Dearborn Street Floor 5 Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | GMAC Mortgage 3451 Hammond Avenue Waterloo, IA 50702 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/28/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1 | IL Dept of Healthcare and Family Services/MRU, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/19/15 | | $2,950.22 $2,950.22 | $0.00 | $2,950.22 |
| 1I | IL Dept of Healthcare and Family Services/MRU, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/03/17 | | N/A $10.01 | $0.00 | $10.01 |

**Exhibit C**

**Analysis of Claims Register**

Case: 14-42906                    DAVID J. HARDESTY

Claims Bar Date: 11/12/15

Case Total:        $0.00        $38,206.17

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-42906
Case Name: DAVID J. HARDESTY
Trustee Name: Michael Desmond

**Balance on hand:**      $              38,206.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $          0.00
Remaining balance:      $     38,206.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2,880.61 | 0.00 | 2,880.61 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 14,437.50 | 0.00 | 14,437.50 |

Total to be paid for chapter 7 administrative expenses:      $     17,318.11
Remaining balance:      $     20,888.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $          0.00
Remaining balance:      $     20,888.06

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IL Dept of Healthcare and Family Services/MRU | 0.00 | 0.00 | 0.00 |
| 1-2 | IL Dept of Healthcare and Family Services/MRU | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 20,888.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,950.22 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IL Dept of Healthcare and Family Services/MRU | 2,950.22 | 0.00 | 2,950.22 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,950.22 |
| Remaining balance: | $ 17,937.84 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 17,937.84 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

|  |  |
|--|--|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 17,937.84 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.14% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $10.01. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $17,927.83.

UST Form 101-7-TFR(5/1/2011)