# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-42906 |
| | ) | |
| David J. Hardesty, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## PROOF OF SERVICE

**TO:**   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties listed on the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on April 5, 2017 before the hour of 5:00 p.m., proper postage prepaid.

Date: April 5, 2017

MICHAEL K. DESMOND, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estate of
DAVID J. HARDESTY,

By:   *Michael K. Desmond*
          Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

## SERVICE LIST

Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James Matthew Allen**   jamesattyallen@aol.com
- **Elizabeth A. Bates**   ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- **Michael K Desmond**   mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**   mdesmond@fslegal.com, dorisbay@fslegal.com
- **Kent A Gaertner**   kgaertner@springerbrown.com, kgaertner@springerbrown.com; iprice@springerbrown.com
- **Joshua D. Greene**   jgreene@springerbrown.com, iprice@springerbrown.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

## Manual Notice List

| | |
|---|---|
| David J Hardesty<br>943 Carriage Way Apartment 1<br>Elgin, IL 60120<br>*Debtor*<br><br>David J. Hardesty<br>511 Gale Street<br>Elgin, IL 60123<br>*Debtor (new address as of 8/25/15)* | Armor Systems Co<br>1700 Kiefer Dr<br>Ste 1<br>Zion, IL 60099<br>*Creditor* |
| Chase Bank USA NA<br>in c/o Michael D Fine<br>131 S. Dearborn Street Floor 5<br>Chicago, IL 60603<br>*Creditor* | Emma Hardesty<br>c/o Julie M. Hardesty<br>194 Amherst Drive<br>Bartlett, IL 60103<br>*Creditor* |
| GMAC Mortgage<br>3451 Hammond Avenue<br>Waterloo, IA 50702<br>*Creditor* | Grace Hardesty<br>c/o Julie M.Hardesty<br>194 Amhurst Drive<br>Bartlett, IL 60103<br>*Creditor* |
| Harris N.a.<br>Bmo Harris Bank - Bankruptcy Dept.-Brk-1<br>770 N Water Street<br>Milwaukee, WI 53202<br>*Creditor* | IL Dept of Healthcare and Family Services/MRU<br>PO Box 19405<br>Springfield, IL 62794-9405<br>*Creditor* |