**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: HARDESTY, DAVID J. § Case No. 14-42906
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $327,304.41 | Assets Exempt: | $389,152.40 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,960.23 | Claims Discharged Without Payment: | $349,123.98 |
| Total Expenses of Administration: | $18,345.91 | | |

    3) Total gross receipts of $39,233.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $17,927.83 (see **Exhibit 2**), yielded net receipts of $21,306.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $18,345.91 | $18,345.91 | $18,345.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $225,972.00 | $10,607.04 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $349,123.98 | $2,950.22 | $2,960.23 | $2,960.23 |
| **TOTAL DISBURSEMENTS** | $575,095.98 | $31,903.17 | $21,306.14 | $21,306.14 |

4) This case was originally filed under chapter 7 on 11/28/2014. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/13/2017           By: /s/ Michael  Desmond
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| interest in insurance proceeds from knights of columbus from the death of his stepfather Richard J. Ryan. Claim amount 3 | 1229-000 | $35,436.15 |
| INTERESTS IN INSURANCE POLICIES | 1229-000 | $3,797.82 |
| **TOTAL GROSS RECEIPTS** | | **$39,233.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HARDESTY, DAVID J. | Distribution payment - Dividend paid at 100.00% of $17,927.83; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $17,927.83 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$17,927.83** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $2,880.61 | $2,880.61 | $2,880.61 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 3110-000 | NA | $14,437.50 | $14,437.50 | $14,437.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,027.80 | $1,027.80 | $1,027.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $18,345.91 | $18,345.91 | $18,345.91 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IL Dept of Healthcare and Family Services/MRU | 5800-000 | NA | $6,852.62 | $0.00 | $0.00 |
| 1-2 | IL Dept of Healthcare and Family Services/MRU | 5800-000 | NA | $3,754.42 | $0.00 | $0.00 |
| N/F | Emma Hardesty c/o Julie M. Hardesty | 5800-000 | $112,986.00 | NA | NA | NA |
| N/F | Grace Hardesty c/o Julie M.Hardesty | 5800-000 | $112,986.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $225,972.00 | $10,607.04 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IL Dept of Healthcare and Family Services/MRU | 7100-000 | NA | $2,950.22 | $2,950.22 | $2,950.22 |
| 1-4 | IL Dept of Healthcare and Family Services/MRU | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 1I | IL Dept of Healthcare and Family Services/MRU | 7990-000 | NA | NA | $10.01 | $10.01 |
| N/F | Armor Systems Co | 7100-000 | $30.00 | NA | NA | NA |
| N/F | Chase Bank USA NA in c/o Michael D Fine | 7100-000 | $20,751.98 | NA | NA | NA |
| N/F | GMAC Mortgage | 7100-000 | $268,777.00 | NA | NA | NA |
| N/F | Harris N.a. Bmo Harris Bank - Bankruptcy | 7100-000 | $59,565.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$349,123.98** | **$2,950.22** | **$2,960.23** | **$2,960.23** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 14-42906  
**Case Name:** HARDESTY, DAVID J.  
**For Period Ending:** 06/13/2017

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 11/28/2014 (f)  
**§ 341(a) Meeting Date:** 01/15/2015  
**Claims Bar Date:** 11/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | IUTMA savings account for daughter's | 100.00 | 0.00 | | 0.00 | FA |
| 2 | IUTMA savings account for daughter's college | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Personal checking account with Chase Bank | 400.00 | 400.00 | | 0.00 | FA |
| 4 | bank account with PNC Bank (frozen account) | 558.06 | 558.06 | | 0.00 | FA |
| 5 | Security deposit for apartment | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Bed, dresser, lap top, sofa, table, etc. | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Regular shoes and clothes | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Based life insurance | 196,000.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

| Case No.: | 14-42906 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Date Filed (f) or Converted (c): | 11/28/2014 (f) |
| | | § 341(a) Meeting Date: | 01/15/2015 |
| For Period Ending: | 06/13/2017 | Claims Bar Date: | 11/12/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Persuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the settlement provides in Article V11 all remaining annuity payments shall be used for the benefit of the children. "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply all remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." The first structured payment subject to case 2008 D 000388 was scheduled for payment of $25,000.00 on 04/24/2013 and was set up in two seperate accounts thru Edward Jones as 529 plans and titled David J. Hardesty owner FBO Emma Hardesty and FBO Grace Hardesty. | 12,336.04 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

Exhibit 8

Page: 3

## Individual Estate Property Record and Report

## Asset Cases

| Case No.: | 14-42906 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | HARDESTY, DAVID J. | Date Filed (f) or Converted (c): | 11/28/2014 (f) |
| | | § 341(a) Meeting Date: | 01/15/2015 |
| For Period Ending: | 06/13/2017 | Claims Bar Date: | 11/12/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Persuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the settlement provides in Article V11 all remaining annuity payments shall be used for the benefit of the children. "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply all remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." The first structured payment subject to case 2008 D 000388 was scheduled for payment of $25,000.00 on 04/24/2013 and was set up in two seperate accounts thru Edward Jones as 529 plans and titled David J. Hardesty owner FBO Emma Hardesty and FBO Grace Hardesty. | 12,336.04 | 0.00 | | 0.00 | FA |
| 11 | IRA at Edward Jones | 6,394.95 | 0.00 | | 0.00 | FA |
| 12 | 401K with Deluxe Corp. | 3,244.32 | 0.00 | | 0.00 | FA |
| 13 | 2005 Ford Ranger with 62,000 miles | 7,000.00 | 600.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| Case No.: | 14-42906 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Date Filed (f) or Converted (c): | 11/28/2014 (f) |
| | | § 341(a) Meeting Date: | 01/15/2015 |
| For Period Ending: | 06/13/2017 | Claims Bar Date: | 11/12/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Settlement Agreement And Release entered on July 3rd 2002 with guaranteed periodic payments begining on 4/24/2008 with two remaining payments on 4/24/18 of 36, 000 and 51,985.00 on 04/24/2023 to David Hardesty and his attorney Robert W. Smith. The attorney is paid in full. The total remaining unpaid balance is $87,985.00. Persuant to In Re the Marriage of Julie M. Hardesty and David J. Hardesty (2008 D 000388) a Judgment for Dissolution of Marriage was entered on July 6, 2009 and the marital property settlement agreement created a FIDUCIARY DUTY upon the debtor which, provides in Article V11 of said settlement agreement that all remaining annuity payments" shall be used for the benefit of the children." "David shall place said funds into an account to be held for the minor children. David shall have sole authority to manage said account/funds on behalf of the children. The deferred payments shall be applied first to the payment of college/and or trade school." "David shall be authorized to apply any remaining funds"..to the children upon the children attaining the age of 22,..."BUT IN NO EVENT SHALL SAID PAYMENTS BE RETAINED BY OR USED FOR THE DIRECT BENEFIT OF DAVID." | 87,985.00 | 0.00 | | 0.00 | FA |
| 15 | interest in insurance proceeds from knights of columbus from the death of his stepfather Richard J. Ryan. Claim amount 36,758.43 less federal income tax holding of 1019.28 and state income tax of 339.76 leaves a check issued to stepson David J. Hardesty of 35,436.15 on 04/22/15 (u) | 35,436.15 | 0.00 | | 35,436.15 | FA |
| 16 | INTERESTS IN INSURANCE POLICIES (u) | 3,797.82 | 0.00 | | 3,797.82 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

| Case No.: | 14-42906 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | HARDESTY, DAVID J. | Date Filed (f) or Converted (c): | 11/28/2014 (f) |
| | | § 341(a) Meeting Date: | 01/15/2015 |
| For Period Ending: | 06/13/2017 | Claims Bar Date: | 11/12/2015 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **16** | **Assets** | **Totals** | (Excluding unknown values) | **$366,538.38** | **$2,058.06** | | **$39,233.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee reviewing claims, preparing final fee application and final report.

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 03/17/2017 (Actual) |
| --- | --- | --- | --- |

| 06/13/2017 | /s/Michael Desmond |
| --- | --- |
| Date | Michael Desmond |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-42906 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9530 | Account #: | ******3000 Checking |
| For Period Ending: | 06/13/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/21/2015 | | James M Allen & Associates | Turnover of Inheritance proceeds per Court Order dated 8/7/2015 Dkt No. 62. | 1229-000 | 39,233.97 | | 39,233.97 |
| | {16} | | LIfe Ins Proceeds $3,797.82 | 1229-000 | | | 39,233.97 |
| | {15} | | LIfe Ins. Proceeds $35,436.15 | 1229-000 | | | 39,233.97 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 39,223.97 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.18 | 39,163.79 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.33 | 39,107.46 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.37 | 39,053.09 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.79 | 38,991.30 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.06 | 38,937.24 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.98 | 38,883.26 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.35 | 38,821.91 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-42906 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9530 | Account #: | ******3000 Checking |
| For Period Ending: | 06/13/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.82 | 38,768.09 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.75 | 38,714.34 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.09 | 38,653.25 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.59 | 38,599.66 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.90 | 38,538.76 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.28 | 38,483.48 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.36 | 38,430.12 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.80 | 38,371.32 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.03 | 38,316.29 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.77 | 38,257.52 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.35 | 38,206.17 |
| 05/09/2017 | 101 | Figliulo & Silverman PC 10 South LaSalle Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $2,880.61; Trustee Comp - Pursuant to Order dated 05/03/17 | 2100-000 | | 2,880.61 | 35,325.56 |

{} Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                                              ! - transaction has not been cleared

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-42906 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9530 | Account #: | ******3000 Checking |
| For Period Ending: | 06/13/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/09/2017 | 102 | Figliulo & Silverman, P.C.<br><br>10 S. LaSalle St., Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $14,437.50 Trustee Attorney Comp. per Order dated 05/03/17 | 3110-000 | | 14,437.50 | 20,888.06 |
| 05/09/2017 | 103 | IL Dept of Healthcare and Family Services/MRU | Combined dividend payments for Claim #1, 1I | | | 2,960.23 | 17,927.83 |
| | | | Claims Distribution - Mon, 04-03-2017<br>$2,950.22 | 7100-000 | | | 17,927.83 |
| | | | Claims Distribution - Mon, 04-03-2017<br>$10.01 | 7990-000 | | | 17,927.83 |
| 05/09/2017 | 104 | HARDESTY, DAVID J.<br><br>511 Gale St.<br>ELGIN, IL 60123 | Distribution payment - Dividend paid at 100.00% of $17,927.83; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 17,927.83 | 0.00 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 14-42906 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | HARDESTY, DAVID J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9530 | Account #: | ******3000 Checking |
| For Period Ending: | 06/13/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 39,233.97 | 39,233.97 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 39,233.97 | 39,233.97 | |
| | | | Less: Payments to Debtors | | | 17,927.83 | |
| | | | NET Receipts / Disbursements | | $39,233.97 | $21,306.14 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 14-42906 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | HARDESTY, DAVID J. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9530 | **Account #:** | ******3000 Checking |
| **For Period Ending:** | 06/13/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3000 Checking | $39,233.97 | $21,306.14 | $0.00 |
| | **$39,233.97** | **$21,306.14** | **$0.00** |

**06/13/2017**
**Date**

**/s/Michael Desmond**
**Michael Desmond**

**UST Form 101-7-TDR (10 /1/2010)**